IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

2019 MAY 20 AM 8:00

M. REGINA THOMAS
CLERK

| | | |
|---|---|---|
| IN RE: | * | |
| CASSANDRA JOHNSON LANDRY, | * | CASE NUMBER: 18-55697-LRC |
| | * | |
| Debtor, | * | CHAPTER: 7 |
| | * | |
| 869 Natchez Valley Trace, | * | |
| Grayson GA 30017-4963 | * | |
| | * | |

## OBJECTION TO DISCHARGE

NOW COMES Tamara Bell, by and through her undersigned counsel, to file this *OBJECTION TO DISCHARGE* pursuant to 28 USC § 157 and 11 USC § 523 and other relief and alleges the following in support of the requested relief:

### JURISDICTION

1. Plaintiff asserts that Cassandra Johnson Landry is not entitled to any bankruptcy protection based on fraud and deceit and bad faith business dealings.

2. This Court has jurisdiction pursuant to 28 USC §§ 157 and 1334.

3. This is a core proceeding pursuant to 28 USC § 157 to terminate any stay against Plaintiff under Subsection G; to object to a discharge under Subsection J, to properly liquidate any asserts in favor of Plaintiff under Subsection O, and to seek other relief as proper and equitable.

4. Plaintiff has standing to bring this action pursuant to 28 USC § 157 and 11 USC § 523.

5. Venue is proper pursuant to 28 USC § 1409(a) and Local Rules of the United States Bankruptcy Court for the Northern District of Georgia.

## BACKGROUND FACTS

6. Plaintiff filed a complaint in the Superior Court of Dekalb County for recovery of fees for services rendered to clients of Cassandra Johnson Landry by Plaintiff.

7. Cassandra Johnson Landry agreed to pay certain fees for service but refused to make upon received of invoiced delivered by Plaintiff.

8. Cassandra Johnson Landry made several misrepresentation to induce Plaintiff to provide services, but Cassandra Johnson Landry absconded without making payment.

9. Plaintiff asserts that these actions by Cassandra Johnson Landry constitute fraud and deceit and constitute deceptive business practices within the meaning of Subsections 2, 4 and 6 under 11 USC § 523.

WHEREFORE, the Plaintiff Tamara Bell respectfully requests that the Court deny any discharge in light of fraud and deceit and constitute deceptive business practices and that Plaintiff be awarded costs and attorney's fees related to this action and for such other and further relief the Court deems appropriate.

RESPECTFULLY SUBMITTED,

This 19th day of May, 2019.

Mzekewe Legal LLC

Nubiyn M. Mzekewe
GA Bar No. 519898
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the below with a true and correct copy of the within and foregoing *OBJECTION TO DISCHARGE* send via U.S. Mail to the follow Party or Parties:

**Cassandra Johnson Landry**
**869 Natchez Valley Trace**
**Grayson GA 30017 6**

This 19th day of May, 2019.

Mzekewe Legal LLC

Nubiyn M. Mzekewe
GA Bar No. 519898
Attorney for Plaintiff