# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:   Cassandra Johnson-Landy    ) Case No.: 18-55697
         ) Adv. 19-5217
         )
         ) Chapter: 7
         )
         Debtor(s)

**Submission of Exhibit A / Subpoena**

Plaintiff currently submits Exhibit A Subpoena Ocwen Financial Services, 1 Mortage Way, Mount Laurel, New Jersey 08054-4637.

Dated: 7/3/19

Signature: Cassandra Johnson-Landy

Printed Name: Cassandra Johnson-Landy

Address: P.O Box 1275
Grayson, Georgia 30017

Phone: 678 860 3621

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA
2019 JUL -3 PM 4:38
M. REGINA THOMAS
CLERK
BY: Deputy

# EXHIBIT A

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

## UNITED STATES BANKRUPTCY COURT

_Northern_ District of _Georgia_

In re _Casandra Johnson-Lindley_
_____
Debtor

(Complete if issued in an adversary proceeding)

_Casandra Johnson-Lindley_
_____
Plaintiff

v.

_Ocwen Financial Service / PHH Mortgage Service_
_____
Defendant

Case No. _18-55697_

Chapter _7_

Adv. Proc. No. _19-5218_

COPY

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

To: _Glenn A. Messina, CEO, Ocwen Financial Service, 1 Mortgage Way, Mount Laurel, New Jersey 08054-4637_
(Name of person to whom the subpoena is directed)

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: _Copy of escrow acct. Identifying source of funds of alleged transaction FR 2046, FC 2049, FC 2099, 53C Registration Statement, FAS 133, FAS 140_

| PLACE _U.S. Federal Bankruptcy Court Northern District of GA, Richard B. Russell Bldg, 75 Spring Street SW, Room 1340, Atlanta, GA 30303_ | DATE AND TIME _8/3/19  9 AM_ |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _JUL 03 2019_

CLERK OF COURT

_Heather Dempsey_                                            OR    _____
Signature of Clerk or Deputy Clerk                                   Attorney's signature

The name, address, email address, and telephone number of the attorney representing (name of party) _Casandra Johnson-Lindley_ who issues or requests this subpoena, are:
_P.O. Box 1875, Grayson, Georgia 30017, 678-860-3621_

Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: Cassandra Johnstonlandry                Case No: Adv 19-5218
                                                        BRC 18-55697
       Plaintiff                                Chapter 7

Debtor(s)

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the 3rd day of July, 2019, I served a copy of the Subpoena cert

which was filed issued in this bankruptcy matter on the 3rd day of April and July, 2019. 2018 2019

Mode of service (check one):  ✓ MAILED Certified  ___ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

PHH Mortgage LLC, 1 Mortgage Way, Mount Laurel, New Jersey 08054-4637
PHH Mortgage LLC, 3000 Leadenhall Road, Mount Laurel, New Jersey 08054, Glenn Messina /CEO
Company, Deutsche Bank 60 Wall Street
Deutsche Bank National Trust Company, Tashsne Huque /CEO
New York, NY 10005 /

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 7/3/19

Signature: Cassandra Johnstonlandry
Printed Name: Cassandra Johnston Landry
Address: P.O. Box 1275
         Grayson, Georgia 30017
Phone: 6788036a1