**IT IS ORDERED as set forth below:**



**Date: September 7, 2021**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **IN THE MATTER OF**: | : | **CASE NUMBERS** |
| | : | |
| CASSANDRA JOHNSON LANDRY, | : | BANKRUPTCY CASE |
| | : | 18-55697-LRC |
| Debtors. | : | |
| _____ | : | |
| | : | |
| TAMARA BELL, | : | ADVERSARY PROCEEDING |
| | : | NO. 19-05217 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CASSANDRA JOHNSON LANDRY, | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| Defendant. | : | BANKRUPTCY CODE |

## **ORDER**

Plaintiff filed a complaint against Defendant on May 20, 2019. Since that time, Plaintiff has taken no action to bring this case before the Court for trial or other disposition.

Therefore,

IT IS ORDERED that, unless Plaintiff files within twenty (20) days from the date of the entry of this Order an appropriate motion or status report, the case shall stand **DISMISSED** for want of prosecution without further order of this Court. *See* BLR 7041-1(a)(3) (N.D. Ga.).

## END OF DOCUMENT

Nubiyn M. Mzekewe
Mzekewe Legal LLC
Post Office Box 849
Atlanta, GA 30301

Cassandra Johnson Landry
869 Natchez Valley Trace
Grayson, GA 30017-4963